UNITED STATES BANKRUPTCY COURT
Northern District of California

| | |
|---|---|
| In Re: Iyad S Naffa<br>  dba  Iyad Naffa NA Enginerring<br>       Debtor(s) | Case No.: 12–57016 ASW 7<br>Chapter:  7 |

**ORDER AND NOTICE RE: FAILURE TO PAY FILING FEES**

According to the court's records, the debtor(s) in this Chapter 7 case has failed to pay the appropriate filing fees either in a lump sum or in in accordance with 28 U.S.C. §1930

Pursuant to 11 U.S.C. §102(1), §105(a), and §707(a)(2), §1112(b)(10) or §1307(c)(2), you are hereby notified that this case will be dismissed within 14 days of the date of this order without further notice or hearing, unless within that fourteen (14) day period:

1. The debtor(s) pay in full the appropriate filing fee; or

2. The debtor(s) or a party−in−interest files a written objection to this order and requests a hearing.

Dated: 1/25/13                                             By the Court:

                                                           Arthur S. Weissbrodt
                                                           United States Bankruptcy Judge