Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Iyad S Naffa<br>   dba  Iyad Naffa NA Enginerring<br>       Debtor(s) | Case No.: 12–57016 ASW 7<br>Chapter: 7 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

    **Notice is given** the debtor(s) having failed to comply with this court's order filed on January 25, 2013 , it is ordered that this case is hereby **dismissed**.

Dated: 2/12/13

By the Court:

Arthur S. Weissbrodt
United States Bankruptcy Judge